```
            UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF WEST VIRGINIA
                    AT CHARLESTON
```

**UNITED STATES OF AMERICA,**

v.                              Criminal Action No. 2:20-cr-00004

**KALI EUSI YOUNG,**


MEMORANDUM OPINION AND ORDER

Pending is defendant's letter-form motion in which he seeks "2nd Chance Act and Federal Time Credits," filed March 27, 2025.  ECF No. 61.

From an order attached to his letter, the defendant appears to have filed on July 26, 2024, a Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 in the District Court for the Eastern District of Virginia, in which he requested that he be awarded time credit under the First Step Act, 18 § U.S.C. 3632(d)(4).  ECF No. 61-1.

On March 7, 2025, the District Court for the Eastern District of Virginia dismissed the defendant's petition, according to the order attached to his letter.  Id.  The court there determined that the defendant sought an exemption to BOP policy by

requesting that the court require the BOP to consider him low risk for recidivism even though he acknowledged that he is currently assessed at "medium or high recidivism." Id. The court found that the BOP's execution of the defendant's sentence and time credit was not improper. Id. The court concluded that "[a]ny relief now under the First Step Act must be sought from the sentencing court in the Southern District of West Virginia." Id.

In defendant's pending motion, he provides the court with one sentence regarding his request for relief: "I ask that you allow me to have my 2nd Chance Act and Federal Time Credits applied to my sentence which will allow me to be the man that I need to be for my family, my son, and most importantly myself." ECF No. 61.

The defendant then attaches, in addition to the dismissal order, an exhibit that includes (1) defendant's response in opposition to the United States' motion to dismiss, or in the alternative, motion for summary judgment, which response he filed in the Eastern District of Virginia; (2) FSA Recidivism Risk Assessment; (3) an outline of the Non-Violent Drug Offender Program, of which he is the founder, and several chapters from the program. ECF No. 61-1. The exhibit relates to documents that were all filed in the Eastern District of Virginia.

Upon review of the petition and the attached exhibit, it is unclear what specific facts and circumstances the defendant relies on in support of his argument now before this court. The defendant fails to provide the court with sufficient information, depending solely on some documentation filed in another court to attempt to develop his argument. The court is not obligated to undertake a search for the support that the defendant has omitted.

Accordingly, the defendant's letter-form motion (ECF No. 61) be, and hereby is, denied.

The Clerk is directed to transmit copies of this order to all counsel of record and any unrepresented parties.

ENTER: May 16, 2025

John T. Copenhaver, Jr.
Senior United States District Judge